Jan P. Weir, State Bar No. 106652
jweir@sycr.com
Douglas Q. Hahn, State Bar No. 257559
dhahn@sycr.com
Joseph J. Mellema, State Bar No. 248118
jmellema@sycr.com
STRADLING YOCCA CARLSON & RAUTH
660 Newport Center Drive, Suite 1600
Newport Beach, CA 92660-6422
Tel: 949-725-4000

Andrew G. DiNovo (will seek admission *pro hac vice*)
adinovo@dpelaw.com
Adam G. Price (will seek admission *pro hac vice*)
aprice@dpelaw.com
Victor G. Hardy (will seek admission *pro hac vice*)
vhardy@dpelaw.com
DiNovo Price Ellwanger & Hardy LLP
7000 North Mopac Expressway
Suite 350
Austin, TX 78731
Tel: 512-539-2632

Attorneys for Plaintiffs
Preservation Technologies LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

PRESERVATION TECHNOLOGIES LLC,

Plaintiff,

vs.

NETFLIX, INC.; AMAZON.COM, INC.; FACEBOOK, INC.; SONY CORPORATION OF AMERICA; DISH NETWORK CORPORATION,

Defendants.

CASE NO. SACV11-01862 JVS (RNBx)
Hon. James V. Selna

**VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS FACEBOOK, INC.; SONY CORPORATION OF AMERICA; AND DISH NETWORK CORPORATION, PURSUANT TO RULE 41(A)(1)**

Complaint Filed: December 2, 2011

Plaintiff, Preservation Technologies, LLC, hereby dismisses the Complaint in this action against Defendants, Sony Corporation of America, DISH Network Corporation and Facebook, Inc., without prejudice, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure. As of the filing of this Voluntary Dismissal Without Prejudice, no opposing party has served either an answer or a motion for summary judgment.

DATED: December 28, 2011

STRADLING YOCCA CARLSON & RAUTH
A Professional Corporation

By: /s/ Douglas Q. Hahn
Douglas Q. Hahn

Attorneys for Plaintiffs
Preservation Technologies LLC

# CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of December, 2011, I caused a copy of the foregoing **VOLUNTARY DISMISSAL WITHOUT PREJUDICE OF DEFENDANTS FACEBOOK, INC.; SONY CORPORATION OF AMERICA; AND DISH NETWORK CORPORATION, PURSUANT TO RULE 41(A)(1)** to be electronically filed using the CM/ECF system, which will then send a notification of such filing (NEF) to the following if they are registered users or, if they are not, by serving a true and correct copy to the addressees below via U.S. Mail.

Corporation Service Company dba CSC – Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
***Registered Agent for Service of Process in the State of California for Facebook, Inc.***

Corporation Service Company dba CSC – Lawyers Incorporating Service
2730 Gateway Oaks Drive, Suite 100
Sacramento, CA 95833
***Registered Agent for Service of Process in the State of California for Sony Corporation of America***

R. Stanton Dodge
9601 S. Meridian Blvd.
Englewood, CO 80112
***Registered Agent for Service of Process in the State of Colorado for Dish Network Corporation***

Date: December 28, 2011

/s/ Douglas Q. Hahn
Douglas Q. Hahn